IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

v.                                                    21-CR-6041

THOMAS NARY,

               Defendant.

_____

## PLEA AGREEMENT

The defendant, THOMAS NARY, and the United States Attorney for the Western District of New York (hereinafter "the government") hereby enter into a plea agreement with the terms and conditions as set out below.

### I.   THE PLEA AND POSSIBLE SENTENCE

1.   The defendant agrees to waive indictment and to plead guilty to a one count Information that charges a violation of Title 18, United States Code, Section 2314 (Transportation of Stolen Goods in Interstate Commerce), for which the maximum possible sentence is a term of imprisonment of 10 years, a fine of $250,000, a mandatory $100 special assessment, and a term of supervised release of 3 years. The defendant understands that the penalties set forth in this paragraph are the maximum penalties that can be imposed by the Court at sentencing.

2.   The defendant understands that, if it is determined that the defendant has violated any of the terms or conditions of supervised release, the defendant may be required to serve in prison all or part of the term of supervised release, up to 2 years, without credit for

time previously served on supervised release.  As a consequence, in the event the defendant is sentenced to the maximum term of incarceration, a prison term imposed for a violation of supervised release may result in the defendant serving a sentence of imprisonment longer than the statutory maximum set forth in ¶ 1 of this agreement.

## II.   ELEMENTS AND FACTUAL BASIS

3.      The defendant understands the nature of the offense set forth in ¶ 1 of this agreement and understands that if this case proceeded to trial, the government would be required to prove beyond a reasonable doubt the following elements of the crime:

 a.   The goods, wares and merchandise were stolen, converted, or taken by fraud;

 b.   The defendant transported, transmitted, or transferred (or caused to be transported or transmitted) property in interstate or foreign commerce;

 c.   At the time of the transportation or transmission, the defendant knew the property was stolen, converted, or taken by fraud; and

 d.   The value of the property was at least $5,000.

## FACTUAL BASIS

4.      The defendant and the government agree to the following facts, which form the basis for the entry of the plea of guilty including relevant conduct:

 a.   Rochester Pawn & Gold ("RPG") was a pawnshop located at 1440 Dewey Ave, in the city of Rochester, Western District of New York. The defendant, THOMAS NARY, owned and operated RPG at all times relevant.

b.  Between in or about January 2015 and in or about November 2019, NARY knowingly purchased stolen goods and merchandise from persons that he knew were engaged in unlawful shoplifting (the individuals are commonly referred to as "boosters") from Rochester area retail stores.  The boosters would steal the items from various stores, including Lowes, Home Depot, Target, Walmart and Wegmans. Once the goods were stolen, the boosters would bring them to RPG and sell the stolen, new in-box goods to RPG for a fraction of the true retail value.

c.  NARY knew that the goods he purchased from boosters were stolen, converted, or taken by fraud.

d.  After purchasing the stolen goods from the boosters, NARY would thereafter list the stolen goods for sale on eBay and Amazon, using accounts that were owned and controlled by NARY.  The goods were advertised as "New" or "New-In-Box" and priced below retail value, although the price was well in excess of the money NARY had paid the boosters.  Upon selling the items, the stolen merchandise was shipped to buyers, including those located outside the state of New York.

e.  The defendant admits and agrees that between January 2015 and November 2019, NARY sold and shipped (or caused to be shipped) more than $1,500,000 worth of stolen goods to buyers located outside of the state of New York.

## III.    SENTENCING GUIDELINES

5.    The defendant understands that the Court must consider but is not bound by the Sentencing Guidelines (Sentencing Reform Act of 1984).

## BASE OFFENSE LEVEL

6.    The government and the defendant agree that Guidelines § 2B1.1(a)(2) applies to the offense of conviction and provides for a base offense level of 6.

3

## SPECIFIC OFFENSE CHARACTERISTICS
## U.S.S.G. CHAPTER 2 ADJUSTMENTS

7.      The government and the defendant agree that the following specific offense characteristic does apply:

      a.      The two-level increase pursuant to Guidelines § 2B1.1(b)(4) (offense involved receiving stolen property and the defendant was a person in the business of receiving stolen property).

8.      The government maintains that the following specific offense characteristic applies:

      a.      The 20-level enhancement pursuant to Guidelines § 2B1.1(b)(1)(K) (the total loss was more than $9,500,000).

However, the defendant reserves the right to argue at sentencing that Guidelines § 2B1.1(b)(1)(I) applies, that is, the total loss (including relevant conduct) was more than $1,500,000 but not more than $3,500,000, and thus there is a 16-level offense level increase.

## ADJUSTED OFFENSE LEVEL

9.      Based on the foregoing, it is the understanding of the government and the defendant that, if the Court determines that Guidelines § 2B1.1(b)(1)(K) applies, then the adjusted offense level for the offense of conviction is 28, and if the Court determines that Guidelines § 2B1.1(b)(1)(I) applies, then the adjusted offense level for the offense of conviction is 24.

## ACCEPTANCE OF RESPONSIBILITY

10.     At sentencing, the government agrees not to oppose the recommendation that the Court apply the two (2) level decrease of Guidelines § 3E1.1(a) (acceptance of responsibility) and further agrees to move the Court to apply the additional one (1) level decrease of Guidelines § 3E1.1(b), which would result in a total offense level of 25 if the Court determines that Guidelines § 2B1.1(b)(1)(K) applies, or a total offense level of 21 if the Court determines that Guidelines § 2B1.1(b)(1)(I) applies.

## CRIMINAL HISTORY CATEGORY

11.     It is the understanding of the government and the defendant that the defendant's criminal history category is I.  The defendant understands that if the defendant is sentenced for, or convicted of, any other charges prior to sentencing in this action the defendant's criminal history category may increase.   The defendant understands that the defendant has no right to withdraw the plea of guilty based on the Court's determination of the defendant's criminal history category.

## GUIDELINES' APPLICATION, CALCULATIONS AND IMPACT

12.     It is the understanding of the government and the defendant that:

a.      If the Court determines that Guidelines § 2B1.1(b)(1)(K) applies, then, with a total offense level of 25 and criminal history category of I, the defendant's sentencing range would be a term of imprisonment of **57 to 71 months, a fine of $20,000 to $200,000, and a period of supervised release of 1 to 3 years.**

b.    If the Court determines that Guidelines § 2B1.1(b)(1)(I) applies, then, with a total offense level of 21 and criminal history category of I, the defendant's sentencing range would be a term of imprisonment of **37 to 46 months, a fine of $15,000 to $150,000, and a period of supervised release of 1 to 3 years.**

c.    Notwithstanding the calculations described above, the defendant understands that at sentencing the defendant is subject to the maximum penalties set forth in ¶ 1 of this agreement.

13.    Notwithstanding the correctness of calculations of the Sentencing Guidelines ranges set forth above, the government and the defendant reserve the right to recommend a sentence outside the Sentencing Guidelines range.  This paragraph reserves the right to the government and the defendant to bring to the attention of the Court all information deemed relevant to a determination of the proper sentence in this action.

14.    The defendant understands that the Court is not bound to accept any Sentencing Guidelines calculations set forth in this agreement and the defendant will not be entitled to withdraw the plea of guilty based on the sentence imposed by the Court.

## IV.   STATUTE OF LIMITATIONS

15.    In the event the defendant's plea of guilty is withdrawn, or conviction vacated, either pre- or post-sentence, by way of appeal, motion, post-conviction proceeding, collateral attack or otherwise, the defendant agrees that any charges dismissed pursuant to this agreement shall be automatically reinstated upon motion of the government and further agrees not to assert the statute of limitations as a defense to any federal criminal offense which is not time barred as of the date of this agreement.  This waiver shall be effective for a period

6

of six months following the date upon which the withdrawal of the guilty plea or vacating of the conviction becomes final.

## V.    REMOVAL

16.    The defendant represents that he is a citizen of the United States.    The defendant understands that, if convicted, a defendant who is not a citizen of the United States may be removed from the United States, denied citizenship, and denied admission to the United States in the future.

## VI.    GOVERNMENT RIGHTS AND OBLIGATIONS

17.    The defendant understands that the government has reserved the right to:

a.    provide to the Probation Office and the Court all the information and evidence in its possession that the government deems relevant concerning the defendant's background, character and involvement in the offense charged, the circumstances surrounding the charge and the defendant's criminal history;

b.    respond at sentencing to any statements made by the defendant or on the defendant's behalf that are inconsistent with the information and evidence available to the government;

c.    advocate for a specific sentence consistent with the terms of this agreement including the amount of restitution and/or a fine and the method of payment;

d.    modify its position with respect to any sentencing recommendation or sentencing factor under the Guidelines including criminal history category, in the event that subsequent to this agreement the government receives previously unknown information, including conduct and statements by the defendant subsequent to this agreement, regarding the recommendation or factor; and

e.      oppose any application for a downward departure and/or sentence outside the Guidelines range made by the defendant.

18.     At sentencing, the government will move to dismiss the Criminal Complaint pending against the defendant under Magistrate's No. 19-MJ-04169.

19.     The defendant agrees that any financial records and information provided by the defendant to the Probation Office, before or after sentencing, may be disclosed to the United States Attorney's Office for use in the collection of any unpaid financial obligation.

## VII.   APPEAL RIGHTS

20.     The defendant understands that Title 18, United States Code, Section 3742 affords a defendant a limited right to appeal the sentence imposed. The defendant, however, knowingly waives the right to appeal and collaterally attack any component of a sentence imposed by the Court which falls within or is less than the sentencing range for imprisonment, a fine and supervised release set forth in Section III, ¶ 12(a), above (a term of imprisonment of 57 to 71 months, a fine of $20,000 to $200,000, and a period of supervised release of 1 to 3 years), notwithstanding the manner in which the Court determines the sentence. In the event of an appeal of the defendant's sentence by the government, the defendant reserves the right to argue the correctness of the defendant's sentence.

21.     The defendant understands that by agreeing not to collaterally attack the sentence, the defendant is waiving the right to challenge the sentence in the event that in the future the defendant becomes aware of previously unknown facts or a change in the law which the defendant believes would justify a decrease in the defendant's sentence.

22.    The government waives its right to appeal any component of a sentence imposed by the Court which falls within or is greater than the sentencing range for imprisonment, a fine and supervised release set forth in Section III, ¶ 12(b), above (a term of imprisonment of 37 to 46 months, a fine of $15,000 to $150,000, and a period of supervised release of 1 to 3 years) notwithstanding the manner in which the Court determines the sentence. However, in the event of an appeal from the defendant's sentence by the defendant, the government reserves its right to argue the correctness of the defendant's sentence.

## VIII.  FORFEITURE PROVISIONS

23.    Prior to or immediately after the entry of a plea of guilty as a condition of the plea, the defendant agrees not to contest any forfeiture or abandonment proceeding that has been brought by the United States and agrees to immediately criminally forfeit all of the defendant's right, title and interest to any and all properties which are subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), which is in the possession and control of the defendant or the defendant's nominees. That property includes:

**CURRENCY:**

          $9,609.04 Seized from Account "AZ Wholesale USA" held by Amazon.com, Inc.

**MONETARY JUDGMENT:**

i.    The sum of United States currency that equals 50% of the total loss amount that will be ordered by the Court. This sum it is to be evidenced by a judgment issued by this Court against the defendant at the time of sentencing. The defendant agrees pursuant to Federal Rule of Criminal Procedure 32.2 (C) that because the amount of the money judgment cannot be calculated prior to sentencing, a General Preliminary and Final Forfeiture Order will be entered that describes the money judgment in general terms; and states that the order will be amended under Federal Rule of Criminal Procedure 32.2(e)(1) when the amount of the money judgment

has been calculated at the time of sentencing. The defendant agrees that after sentencing, the government will submit an Amended Order to Court for 50% of the total loss amount determined by the Court at sentencing pursuant Federal Rule of Criminal Procedure 32.2(e)(1)(A) and the defendant will consent to the Amended Order and the amount of the money judgment.

ii.    Said judgment will be referenced in the General Preliminary and Final Order of Forfeiture and the subsequent Amended Order, and will provide for interest to accrue at the prevailing rate per annum and serve as a lien against the defendant's property, wherever situated, until fully satisfied.

iii.    The defendant understands and agrees that the Court, at the time of sentencing, will order the amount of forfeiture money judgment and subsequently will enter into the Amended Preliminary and Final Order of Forfeiture, said judgment is due and payable in full immediately and subject to immediate enforcement by the United States. The defendant agrees that any funds and assets in which the defendant has an interest, which have been seized or restrained by the government or law enforcement as part of the investigation underlying this plea agreement, will be used to offset any forfeiture money judgment imposed pursuant to this plea agreement, or to satisfy any debts owed by the defendant to the United States and/or agencies thereof. To the extent that the defendant has an interest, the defendant authorizes the District Court Clerk to release any funds posted as security for the defendant's appearance bond in this case, which funds shall be applied to satisfy the criminal forfeiture judgment.

24.    The defendant also agrees that the property listed above is properly forfeitable to the United States pursuant to Title 18, United States Code, Section 981(a)(l)(C), and Title 28, United States Code, Section 2461(c). The defendant agrees that he will not contest the forfeiture of the aforementioned property in any capacity in an ancillary proceeding. The defendant further agrees to fully assist the government in the forfeiture of the aforementioned property and to take whatever steps are necessary to pass clear title to the United States, including, but not limited to surrender of title and execution of any documents necessary to transfer the defendant's interest in any of the above property to the United States, as deemed necessary by the government.

25.     The defendant agrees that he is not the rightful owner of all the items listed in Exhibit A and agrees to take whatever steps are necessary to allow law enforcement agents to return the items to the rightful owners or dispose of the property. The defendant agrees that he is not the rightful owner and has no legal interest in the items listed in Exhibit A. The defendant agrees to sign any and all forms necessary and further agrees to unconditionally release and forever discharge the United States of America, the Department of Justice, and the Department of Treasury, IRS-CI, Rochester Police Department, their officers, employees, and agents from any and all action, causes of action, suits, proceedings, debts, dues, contracts, judgments, damages, claims, and/or demands whatsoever in law or equity which he, his heirs, successors, or assigns ever had, now have, or may have in the future in connection with the seizure of the Subject Property.  The defendant also agrees to hold harmless the United States of America, the Department of Justice, and the Department of Treasury, IRS-CI, Rochester Police Department, its officers, employees, and agents from any and all civil liability, claims, actions, or remedies which could possibly arise from the seizure of the items listed in Exhibit A on or about November 21, 2019, in Rochester, NY.

26.     After the acceptance of the defendant's guilty plea, and pursuant to Rules 32.2(b)(2), (c) and (e) of the Federal Rules of Criminal Procedure, the Court will issue a General Preliminary and Final Order of Forfeiture for the money judgment listed above.  The defendant hereby waives any right to notice of the General Preliminary and Final Order of Forfeiture and the subsequent Amended Preliminary and Final Order of Forfeiture.  The defendant further consents and agrees that the General Preliminary Order  and Final Order of Forfeiture and the shall issue and agrees that it shall be made part of the defendant's sentence and the Amended Preliminary and Final Order of Forfeiture will be included in the

judgment pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure. The defendant further agrees to waive any time restrictions or requirements as provided in Title 18, United States Code, Section 983, any notice provisions in Rules 32.2 and 43(a) of the Federal Rules of Criminal Procedure regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment. The defendant acknowledges that the defendant understands that the forfeiture of property is part of the sentence that may be imposed in this case and waives any failure by the Court to advise the defendant of this, pursuant to Rule 11(b)(1)(J) of the Federal Rules of Criminal Procedure, at the time the guilty plea is accepted. Forfeiture of the defendant's property shall not be treated as satisfaction of any fine, restitution, cost of imprisonment, or any other penalty the Court may impose upon the defendant in addition to forfeiture.

27.     The defendant knowingly, intelligently, and voluntarily waives his right to a jury trial on the forfeiture of the assets. The defendant knowingly, intelligently, and voluntarily waives all constitutional, legal and equitable defenses to the forfeiture of these assets in any proceeding, including any jeopardy defense or claim of double jeopardy, whether constitutional or statutory, as to this criminal proceeding or any related civil or administrative proceeding. The defendant further agrees to waive any claim or defense under the Eighth Amendment to the United States Constitution, including any claim of excessive fine regarding the forfeiture of assets by the United States.

## VIII.  TOTAL AGREEMENT AND AFFIRMATIONS

28.    This plea agreement represents the total agreement between the defendant, THOMAS NARY, and the government.  There are no promises made by anyone other than those contained in this agreement.  This agreement supersedes any other prior agreements, written or oral, entered into between the government and the defendant.

JAMES P. KENNEDY, JR.
United States Attorney
Western District of New York

BY: _____
MEGHAN K. McGUIRE
Assistant United States Attorney

Dated:  June 23, 2021

I have read this agreement, which consists of pages 1 through 13 and Exhibit A.  I have had a full opportunity to discuss this agreement with my attorney, Mark A. Foti, Esq.   I agree that it represents the total agreement reached between me and the government.  No promises or representations have been made to me other than what is contained in this agreement.  I understand all of the consequences of my plea of guilty.  I fully agree with the contents of this agreement.  I am signing this agreement voluntarily and of my own free will.

_____
THOMAS NARY
Defendant

Dated:  June 23, 2021

_____
MARK A. FOTI, ESQ.
Attorney for the Defendant

Dated:  June 23, 2021

13

# EXHIBIT A

## Exhibit A, Part 1 of 3

### Inventory Listing of All Items Seized by Key Word at Search Warrant Site

**Site Name:**
149 Cherry Rd.
Gates, NY 14624
Warehouse

**Report Date:**
Friday, January 29, 2021

| Control No. | Evidence Box | Description |
| --- | --- | --- |
| 4000 | 1 | Generator |
| 4001 | 2 | Generator |
| 4002 | 3 | garage door opener |
| 4003 | 4 | garage door opener |
| 4004 | 5 | garage door opener |
| 4005 | 6 | garage door opener |
| 4006 | 7 | garage door opener |
| 4007 | 8 | lawn mower |
| 4008 | 9 | battery charger |
| 4009 | 10 | sewing machine |
| 4010 | 11 | string trimmer |
| 4011 | 12 | six tool combo kit |
| 4012 | 13 | six tool kit |
| 4013 | 14 | ten tool combo kit |
| 4014 | 15 | chainsaw |
| 4015 | 16 | string trimmer |
| 4016 | 17 | chainsaw |
| 4017 | 18 | rotary laser kit |
| 4018 | 19 | leaf blower |
| 4019 | 20 | cultivator |
| 4020 | 21 | chainsaw |
| 4021 | 22 | wire feed welder |
| 4022 | 23 | four tool combo kit |
| 4023 | 24 | post hole digger |
| 4024 | 25 | sump pump |
| 4025 | 26 | sump pump |

| | | |
|---|---|---|
| 4026 | 27 | sump pump |
| 4027 | 28 | sump pump |
| 4028 | 29 | sump pump |
| 4029 | 30 | sump pump |
| 4030 | 31 | sump pump |
| 4031 | 32 | sump pump |
| 4032 | 33 | cast iron jet pump |
| 4033 | 34 | sump pump |
| 4034 | 35 | garage door opener |
| 4035 | 36 | garage door opener |
| 4036 | 37 | garage door opener |
| 4037 | 38 | rowenta steam station |
| 4038 | 39 | sewing machine |
| 4039 | 40 | various power tools |
| 4040 | 41 | various small tools |
| 4041 | 42 | various power tools |
| 4042 | 43 | various power tools |
| 4043 | 44 | cordless jet blower |
| 4044 | 45 | ridgid combo kit |
| 4045 | 46 | ceiling fan |
| 4046 | 47 | cobalt combo kit |
| 4047 | 48 | makita circular saw |
| 4048 | 49 | farberware mixer |
| 4049 | 50 | kitchen aid mixer |
| 4050 | 51 | garage door opener |
| 4051 | 52 | generator |
| 4052 | 53 | combo tool kit |
| 4053 | 54 | walt power station |
| 4054 | 55 | two tool combo kit |
| ~~4055~~ | ~~56~~ | ~~dust extracter~~ |
| 4056 | 57 | canister filter |
| 4057 | 58 | tankless water heater |
| 4058 | 59 | chainsaw |
| 4059 | 60 | hand held blower |
| 4060 | 61 | cordless hedge trimmer |
| 4061 | 62 | ten piece cookware |
| 4062 | 63 | sewing machine |
| 4063 | 64 | canister filter |

| 4064 | 65 | roofing coil nailer |
| 4065 | 66 | cross bow |
| 4066 | 67 | electronic shredder |
| 4067 | 68 | hover board |
| 4068 | 69 | hedge trimmer |
| 4069 | 70 | paint sprayer |
| 4070 | 71 | four piece combo tool kit |
| 4071 | 72 | 12 piece cookware set |
| 4072 | 73 | drill set |
| 4073 | 74 | 2 tool combo kit |
| 4074 | 75 | rotary hammer |
| 4075 | 76 | rotaryhammer |
| 4076 | 77 | hand held blower |
| 4077 | 78 | finish nailer |
| 4078 | 79 | app controlled led |
| 4079 | 80 | 15 inch trimmer |
| 4080 | 81 | chain saw |
| 4081 | 82 | kitchen fawcett |
| 4082 | 83 | kitchern faucet |
| 4083 | 84 | kitchen faucet |
| 4084 | 85 | 4 tool combo kit |
| 4085 | 86 | 4 tool combo kit |
| 4086 | 87 | wet vac |
| 4087 | 88 | cordless blower |
| 4088 | 89 | welder |
| 4089 | 90 | rotary hammer |
| 4090 | 91 | welder |
| 4091 | 92 | portable air conditioner |
| 4092 | 93 | drills |
| 4093 | 94 | various power tools |
| 4094 | 95 | various power tools |
| 4095 | 96 | various power tools |
| 4096 | 97 | various power tools |
| 4097 | 98 | kitchen apps |
| 4098 | 99 | razors |
| 4099 | 100 | various power tools |
| 4100 | 101 | various power tools |
| 4101 | 102 | various power tools |

| 4102 | 103 | pet meds |
|------|-----|----------|
| 4103 | 104 | dental stuff |
| 4104 | 105 | nicotette gum |
| 4105 | 106 | rogaine, tooth brushes, nicoette |
| 4106 | 107 | various power tools |
| 4107 | 108 | various circuit breakers |
| 4108 | 109 | pet supplies/supplements |
| 4109 | 110 | small electronics |
| 4110 | 111 | small electronics |
| 4111 | 112 | holiday projectors |
| 4112 | 113 | kitchen faucets |
| 4113 | 114 | kitchen faucet |
| 4114 | 115 | kitchen faucet |
| 4115 | 116 | sewing machine |
| 4116 | 117 | handheld blower |
| 4117 | 118 | 189 piece tool set |
| 4118 | 119 | sewing machine |
| 4119 | 120 | kitchen faucet |
| 4120 | 121 | kitchen faucet |
| 4121 | 122 | kitchen faucet |
| 4122 | 123 | kitchen faucet |
| 4123 | 124 | kitchen faucet |
| 4124 | 125 | kitchen faucet |
| 4125 | 126 | kitchen faucet |
| 4126 | 127 | nailer |
| 4127 | 128 | nailer |
| 4128 | 129 | chain saw |
| 4129 | 130 | nailer |
| 4130 | 131 | trimmer |
| 4131 | 132 | light |
| 4132 | 133 | light |
| 4133 | 134 | sump pump |
| 4134 | 135 | chainsaw |
| 4135 | 136 | sump pump |
| 4136 | 137 | espresso machine |
| 4137 | 138 | faucet |
| 4138 | 139 | 7 tool combo kit |
| 4139 | 140 | bird feeder |

| | | |
|---|---|---|
| 4140 | 141 | grinder |
| 4141 | 142 | acquarium light |
| 4142 | 143 | acquarium light |
| 4143 | 144 | aquarium light |
| 4144 | 145 | sump pump |
| 4145 | 146 | space heater |
| 4146 | 147 | food saver |
| 4147 | 148 | rotary hammer |
| 4148 | 149 | 4 tool combo kit |
| 4149 | 150 | canister filter |
| 4150 | 151 | stapler |
| 4151 | 152 | well pump |
| 4152 | 153 | well pump |
| 4153 | 154 | well pump |
| 4154 | 155 | well pump |
| 4155 | 156 | well pump |
| 4156 | 157 | well pump |
| 4157 | 158 | well pump |
| 4158 | 159 | rotary laser kit |
| 4159 | 160 | faucet |
| 4160 | 161 | acquarium light |
| 4161 | 162 | faucets |
| 4162 | 163 | baseball gloves |
| 4163 | 164 | power tools |
| 4164 | 165 | hammer drill |
| 4165 | 166 | router |
| 4166 | 167 | hammer drill |
| 4167 | 168 | hammer drill |
| 4168 | 169 | drill |
| 4169 | 170 | drill |
| 4170 | 171 | drill |
| 4171 | 172 | drill |
| 4172 | 173 | saw |
| 4173 | 174 | nailer |
| 4174 | 175 | drill |
| 4175 | 176 | saw |
| 4176 | 177 | nailer |
| 4177 | 178 | power tools |

| 4178 | 179 | faucets |
| 4179 | 180 | makeup |
| 4180 | 181 | shaving and trimmers |
| 4181 | 182 | beauty supplies |
| 4182 | 183 | silverware misc health and beauty |
| 4183 | 184 | garage door opener |
| 4184 | 185 | paint gun |
| 4185 | 186 | vacuum |
| 4186 | 187 | strip nailer |
| 4187 | 188 | paint gun |
| 4188 | 189 | cultivator |
| 4189 | 190 | hand held blower |
| 4190 | 191 | hand held blower |
| 4191 | 192 | back pack blower |
| 4192 | 193 | generator |
| 4193 | 194 | hand held blower |
| 4194 | 195 | pressure cooker |
| 4195 | 196 | gas chain saw |
| 4196 | 197 | kitchen aid/mixer |
| 4197 | 198 | food saver |
| 4198 | 199 | drones and toys |
| 4199 | 200 | coffee machine |
| 4200 | 201 | coffee machine |
| 4201 | 202 | coffee maker |
| 4202 | 203 | chain saw |
| 4203 | 204 | string trimmer |
| 4204 | 205 | breast pump |
| 4205 | 206 | breast pump |
| 4206 | 207 | knife set |
| ~~4207~~ | ~~208~~ | ~~dust extractor~~ |
| 4208 | 209 | cordless trimmer |
| 4209 | 210 | shallow well pump |
| 4210 | 211 | baby activity center |
| 4211 | 212 | drone |
| 4212 | 213 | table saw |
| 4213 | 214 | nailer |
| 4214 | 215 | nailer |
| 4215 | 216 | 4 tool combo kit |

| | | |
|---|---|---|
| 4216 | 217 | air fryer |
| 4217 | 218 | faucet |
| 4218 | 219 | faucet |
| 4219 | 220 | faucet |
| 4220 | 221 | faucet |
| 4221 | 222 | faucet |
| 4222 | 223 | faucet |
| 4223 | 224 | 4 faucets |
| 4224 | 225 | 4 faucets |
| 4225 | 226 | door locks |
| 4226 | 227 | faucets |
| 4227 | 228 | power tools |
| 4228 | 229 | framing nailer |
| 4229 | 230 | power tools |
| 4230 | 231 | home improvement items |
| 4231 | 232 | nailer |
| 4232 | 233 | power tools |
| 4233 | 234 | power tools |
| 4234 | 235 | makeup |
| 4235 | 236 | dvd player |
| 4236 | 237 | back up cam |
| 4237 | 238 | 4 piece bake set |
| 4238 | 239 | espresso machine |
| 4239 | 240 | silverware |
| 4240 | 241 | silveware |
| 4241 | 242 | silverware |
| 4242 | 243 | hair trimmers |
| 4243 | 244 | ratcheting set, hammer drill, work light, saw blade |
| 4244 | 245 | supplements |
| 4245 | 246 | toys |
| 4246 | 247 | toys/games/dvds |
| 4247 | 248 | toys/arts/crafts |
| 4248 | 249 | electrical |
| 4249 | 250 | electrical |
| 4250 | 251 | electrical |
| 4251 | 252 | electronics |
| 4252 | 253 | lighting |
| 4253 | 254 | locks |

| 4254 | 255 | perfums |
| 4255 | 256 | hair tools/gloves |
| 4256 | 257 | toys |
| 4257 | 258 | vitamins |
| 4258 | 259 | vitamins/flonase |
| 4259 | 260 | vitamins |
| 4260 | 261 | harnesses |
| 4261 | 262 | perfume |
| 4262 | 263 | clippers |
| 4263 | 264 | light switches |
| 4264 | 265 | perfume |
| 4265 | 266 | faucets |
| 4266 | 267 | faucets |
| 4267 | 268 | faucets |
| 4268 | 269 | faucets |
| 4269 | 270 | faucets |
| 4270 | 271 | electrics |
| 4271 | 272 | faucets/showerheads |
| 4272 | 273 | garage floor coating |
| 4273 | 274 | faucets |
| 4274 | 275 | tools |
| 4275 | 276 | makeup |
| 4276 | 277 | light bulbs - auto |
| 4277 | 278 | led lights |
| 4278 | 279 | golf club |
| 4279 | 280 | golf club |
| 4280 | 281 | lights |
| 4281 | 282 | light switches/outlets |
| 4282 | 283 | miscellaneas - home inprovement |
| 4283 | 284 | blood pressure kits/foot care |
| 4284 | 285 | misc. |
| 4285 | 286 | smoke alarms |
| 4286 | 287 | tools |
| 4287 | 288 | audio/video discs/games |
| 4288 | 289 | art/craft supplies |
| 4289 | 290 | lights |
| 4290 | 291 | paint supplies |
| 4291 | 292 | valves |

| | | |
|---|---|---|
| 4292 | 293 | misc. |
| 4293 | 294 | printer cartridges |
| 4294 | 295 | misc. |
| 4295 | 296 | speakers |
| 4296 | 297 | valves |
| 4297 | 298 | tool |
| 4298 | 299 | electronics |
| 4299 | 300 | outdoor goods |
| 4300 | 301 | salt/pepper shakers |
| 4301 | 302 | drawers |
| 4302 | 303 | drawers |
| 4303 | 304 | misc. |
| 4304 | 305 | misc |
| 4305 | 306 | gloves |
| 4306 | 307 | electronics |
| 4307 | 308 | kettle |
| 4308 | 309 | cell assessories |
| 4309 | 310 | torque wrench |
| 4310 | 311 | misc. |
| 4311 | 312 | electronics |
| 4312 | 313 | wire |
| 4313 | 314 | wire |
| 4314 | 315 | misc. |
| 4315 | 316 | misc. |
| 4316 | 317 | quilts/cross stitch |
| 4317 | 318 | toys |
| 4318 | 319 | misc. |
| 4319 | 320 | misc |
| 4320 | 321 | toys |
| 4321 | 322 | craig jig kit |
| 4322 | 323 | misc. |
| 4323 | 324 | leggos/toys |
| 4324 | 325 | housewares |
| 4325 | 326 | misc. household |
| 4326 | 327 | silverware/cookware/tools |
| 4327 | 328 | hover shoes |
| 4328 | 329 | silverware/bed sheets |
| 4329 | 330 | drill |

| 4330 | 331 | car bulbs |
| 4331 | 332 | razors/health/electronics |
| 4332 | 333 | bathroom/door handles |
| 4333 | 334 | misc health and wellness |
| 4334 | 335 | misc housewares |
| 4335 | 336 | baby carriers |
| 4336 | 337 | health supplies |
| 4337 | 338 | automotive/lights |
| 4338 | 339 | pet supplies/sports equip. |
| 4339 | 340 | printer ink |
| 4340 | 341 | eye glass frames |
| 4341 | 342 | michael kors coats |
| 4342 | 343 | power tools |
| 4343 | 344 | generator |
| 4344 | 345 | amplifier |
| 4345 | 346 | outlets |
| 4346 | 347 | tools |
| 4347 | 348 | makeup |
| 4348 | 349 | spray gun |
| 4349 | 350 | spray gun |
| 4350 | 351 | pressure test kit |
| 4351 | 352 | faucets |
| 4352 | 353 | nicorette |
| 4353 | 354 | string trimmer |
| 4354 | 355 | floor cleaner robot |
| 4355 | 356 | razors |
| 4356 | 357 | rotary hammer |
| 4357 | 358 | blender |
| 4358 | 359 | hover shoes |
| 4359 | 360 | paint sprayer |
| 4360 | 361 | drill |
| 4361 | 362 | drill |
| 4362 | 363 | electric grill |
| 4363 | 364 | sump pump |
| 4364 | 365 | chainsaw |
| 4365 | 366 | chainsaw |
| 4366 | 367 | mixer |
| 4367 | 368 | misc electronics |

| 4368 | 369 | pressure washer |
| 4369 | 370 | sump pump |
| 4370 | 371 | paint sprayer |
| 4371 | 372 | stovetop smoker |
| 4372 | 373 | ceiling fan |
| 4373 | 374 | ceiling fan |
| 4374 | 375 | misc. |
| 4375 | 376 | misc. |
| 4376 | 377 | 3 tool combo |
| 4377 | 378 | chainsaw |
| 4378 | 379 | cordless tools |
| 4379 | 380 | faucets |
| 4380 | 381 | drill |
| 4381 | 382 | rotary hammer |
| 4382 | 383 | spray gun |
| 4383 | 384 | drill |
| 4384 | 385 | mixer |
| 4385 | 386 | tools |
| 4386 | 387 | toys/phone assessories |
| 4387 | 388 | misc electronics |
| 4388 | 389 | battery tools |
| 4389 | 390 | smoke detectors/misc tools |
| 4390 | 391 | golf clubs |
| 4391 | 392 | faucet |
| 4392 | 393 | well pump |
| 4393 | 394 | well pump |
| 4394 | 395 | health supplies |
| 4395 | 396 | movies |
| 4396 | 397 | iron |
| 4397 | 398 | toner |
| 4398 | 399 | electronics |
| 4399 | 400 | makeup |
| 4400 | 401 | fish tank |
| 4401 | 402 | lights |
| 4402 | 403 | ink |
| 4403 | 404 | outdoor goods |
| 4404 | 405 | antenna |
| 4405 | 406 | tools/outdoor items |

| 4406 | 407 | vitamins/pills/razor blades |
|------|-----|------------------------------|
| 4407 | 408 | health/beauty/pet supplies |
| 4408 | 409 | laser kits |
| 4409 | 410 | hoverboard |
| 4410 | 411 | string trimmer |
| ~~4411~~ | ~~412~~ | ~~dust extractor~~ |
| 4412 | 413 | sump pump |
| 4413 | 414 | sump pump |
| 4414 | 415 | misc. housewares |
| 4415 | 416 | misc. |
| ~~4416~~ | ~~417~~ | ~~dust extractor~~ |
| 4417 | 418 | toys |
| 4418 | 419 | crossbow |
| 4419 | 420 | sewing machine |
| 4420 | 421 | sewing machine |
| 4444 | 445 | tool kit |
| 4453 | 447 | speakers |
| 4454 | 448 | prevagin |
| 4455 | 449 | lawn mower |

**Key Word**
**NIB-E**

| Control No. | Evidence Box | Description |
|-------------|--------------|-------------|
| 4421 | 422 | perfum/makeup |
| 4422 | 423 | perfums/cosmetics |
| 4423 | 424 | perfume |
| 4424 | 425 | perfume |
| 4425 | 426 | perfume |
| 4426 | 427 | perfume |
| 4443 | 444 | makeup/perfume |

## Exhibit A, Part 2 of 3

### Inventory Listing of All Items Seized by Key Word at Search Warrant Site

**Site Name:**
1440 Dewey Avenue,
Rochester, NY 14615

Pawn Shop

**Report Date:**
Friday, January 29, 2021

| Control No. | Evidence Box | Description |
| --- | --- | --- |
| 2 | 1 | 2 LCN Electric |
| 3 | 1 | MYA Track Pendent |
| 4 | 1 | Milwqukee Self Feed Bit |
| 5 | 1 | Canon 246XL |
| 6 | 1 | Led Wall Pack 2 Applique Lithonia Lighting |
| ~~7~~ | ~~2~~ | ~~Honda EV2200 Generter~~ |
| 8 | 3 | Hampton Bay Carina Flush Mont |
| 9 | 4 | Kitchen Aid Mixer |
| ~~10~~ | ~~5~~ | ~~Chamberlain Garage Door Opener~~ |
| 11 | 6 | Shark Rotator |
| 12 | 7 | Philips 3000 Series 24" tv |
| 13 | 8 | Kobalt 80v Max |
| 14 | 9 | Ryobi Gas Pressure Washer |
| ~~15~~ | ~~10~~ | ~~Walking Boots~~ |
| 16 | 11 | Hiswnse DeHumidifier 1151941 |
| 17 | 12 | Hampton Bay Lights 6 Boxes |
| 18 | 13 | Walking Boots Ben Full |
| 19 | 14 | Asst DVD Movies Total 171 |
| 20 | 14 | Asst E Books Total 30 |
| 21 | 16 | Husqvarna Backpack Blower |

| | | |
|---|---|---|
| ~~22~~ | ~~17~~ | ~~Foot support Braces~~ |
| 23 | 18 | Dewalt Gas pressure washer |
| ~~24~~ | ~~19~~ | ~~Aircast Night Splits~~ |
| 25 | 20 | Dewalt Table Saw |
| 26 | 21 | Hisense Dehumidifier  H1151940 |
| 27 | 22 | Asst. Lego Sets 17 items |
| 28 | 23 | Lego Sets 4 Items |
| 30 | 25 | Yamaha Sub Woofer |
| 32 | 27 | Pittsburg Tool Set |
| 36 | 31 | Dyson Vaccum |
| 37 | 32 | Dewalt Table Saw |
| ~~38~~ | ~~33~~ | ~~Aircast~~ |
| 39 | 34 | All-Clad Cookware |
| 40 | 35 | Shark Vaccum |
| 41 | 36 | Dyson V7 Vacuum |
| 42 | 37 | Kobalt 24v max |
| 43 | 38 | Kobalt 80v max Cordless chain saw |
| ~~44~~ | ~~39~~ | ~~Medical Walking boots~~ |
| 45 | 40 | Premier Bicke Carrier |
| 46 | 41 | Delta Savile Faucet |
| 47 | 42 | Delta Valdosta Facuet |
| 48 | 43 | Toster oven |
| 49 | 44 | Blackstone Grill |
| 50 | 45 | TCL Air condition |
| 51 | 46 | Bella Air Fryer |
| 52 | 47 | Ninja Food Processor |
| 53 | 48 | Chefman  Air Fryer |
| 54 | 49 | Black Travel Bag |
| 55 | 50 | Dyson Cyclon Vaccum |
| ~~56~~ | ~~51~~ | ~~Pro Care Ankle and rest Braces~~ |
| 58 | 53 | Murray 2-cycle Trimmer |
| ~~59~~ | ~~54~~ | ~~Procare wrist Braces~~ |
| 60 | 55 |  2 Greco Sprayer |
| 61 | 56 | Kobalt Cordless Chain Saw |
| 62 | 57 | Hisense Porable Air Conditioner |
| 63 | 58 | QEP 650 XT Wet Saw |
| 65 | 60 | Craftsman Power Drill |
| 66 | 60 | Ryobi Saw |

| | | |
|---|---|---|
| 67 | 60 | Millwaukee Cordless Drill |
| 68 | 60 | Millwaukee Saw |
| 69 | 60 | DeWalt Drill |
| 70 | 60 | Dewallt Drill |
| 71 | 61 | Allen & Roth Track Light |
| 74 | 62 | 5 Aqueon Submersible Aquarium Heater |
| 78 | 62 | Klein Tools Infred |
| 77 | 62 | 3 Eaton Ground Fault |
| 75 | 62 | Home Line Circuit Interrupter |
| 73 | 62 | 3 Oasis Flameless Candles |
| 72 | 62 | 7 Waterfall Pump |
| 76 | 62 | Aqua Clear Power Filter |
| 79 | 63 | Trek Bike |
| 80 | 64 | Velux Flashing Kit |
| 81 | 65 | DeWalt 15" Trimmer |
| 85 | 66 | Desk top charger |
| 90 | 66 | Wireless Ear phones |
| 96 | 66 | Stabilizes |
| 95 | 66 | Honeywell Thermostat |
| 94 | 66 | Portable Electronic Scalle |
| 93 | 66 | Tinitall Mobile Phone |
| 92 | 66 | Wahl Trimmer |
| 97 | 66 | 14 Vivitar Flat Iron |
| 91 | 66 | JBL Headphones |
| 88 | 66 | Nikon Cool Pic Camrea |
| 86 | 66 | LG Aristo 3 |
| 87 | 66 | Nabi Tablet |
| 84 | 66 | Dimmer Kits |
| 83 | 66 | 8 Alpena Car Accessories |
| 82 | 66 | Asst Tools |
| 89 | 66 | Key Board |
| 98 | 67 | Vypyr VIP 1 Amp |
| 99 | 68 | Compass Boots |
| 100 | 69 | Kitchen Aid Food Processor |
| 101 | 70 | Kitchen Aid Stand Mixer |
| 102 | 71 | Home Entertainment Cord Cover Kit |
| 103 | 72 | Arctic King Air Conditioner |
| 114 | 73 | Backup camera |

| | | |
|---|---|---|
| 104 | 73 | Chargerr N Ride Rechargable battery |
| 122 | 73 | Kobalt drill |
| 121 | 73 | Curling wand |
| 120 | 73 | Curling iron |
| 119 | 73 | Ion Gator flat iron |
| 118 | 73 | Curling iron |
| 117 | 73 | Mimi Merengue |
| 116 | 73 | Simply straight brush |
| 115 | 73 | Fiskars punch (2) |
| 112 | 73 | Linksys Wifi Extender |
| 111 | 73 | Sound Moovz Musical Bandz |
| 110 | 73 | Samsung Battery Pack |
| 109 | 73 | 1 Touch Smart Watch |
| 108 | 73 | 15 Pair of Reading Glasses |
| 107 | 73 | 2 Ottlite LED Light |
| 106 | 73 | HP Ink Cartridge Combo Pack |
| 113 | 73 | Comet C Baby Monitor |
| ~~105~~ | ~~74~~ | ~~Hampton Bay Fleible Line Lighting Kit~~ |
| 124 | 75 | Bluetooth speaker |
| 133 | 75 | Fly fishing line |
| 132 | 75 | 10 breakers |
| 131 | 75 | Printer tape - 2 |
| 130 | 75 | Keystone jacks |
| 129 | 75 | 64 gb thumb drive |
| 128 | 75 | Polaroid headphones |
| 127 | 75 | Thermometers - 3 |
| 125 | 75 | Comfort zone 9" fan |
| 123 | 75 | Bluetooth speaker |
| 126 | 75 | Virtual holiday projectors - 3 |
| 140 | 76 | Ring speakers |
| 137 | 76 | Lego movie set |
| 143 | 76 | Nursing books - 13 |
| 142 | 76 | Wireless ear phones |
| 141 | 76 | Power shaver |
| 136 | 76 | Lego creator set |
| 135 | 76 | Wireless mic set - 2 |
| 134 | 76 | Dimmers - 8 |
| 139 | 76 | RF Detectors - 6 |

| | | |
|---|---|---|
| 138 | 76 | HP Laptop |
| 149 | 77 | One blade trimmer |
| 155 | 77 | Oregon chainsaw - 3 |
| 154 | 77 | Electronic ballast - 3 |
| 153 | 77 | Adventure Time DVD Collection |
| 152 | 77 | Camera |
| 150 | 77 | Chainsaw blade |
| 148 | 77 | Desktop drive |
| 147 | 77 | Lantern |
| 146 | 77 | Wireless speaker |
| 145 | 77 | Wifi Router |
| 144 | 77 | Smoke detectors - 26 |
| 156 | 77 | Long nose jaw - 3 |
| 151 | 77 | James Bond Blu Ray Collection |
| 163 | 78 | Taylor Made Golf Balls |
| 169 | 78 | Ridid Saw Blades -18 |
| 168 | 78 | TP-Link WiFi Set |
| 170 | 78 | 11 - Flash Cards Asst |
| 167 | 78 | Microsoft Surface Go |
| 165 | 78 | Centrpoint Hunting Scope |
| 164 | 78 | Simmons Hunting Scope |
| 161 | 78 | Razer Wireless Mouse |
| 160 | 78 | 2 Beckett Fountain Pump |
| 159 | 78 | Ifitness bands - 3 |
| 157 | 78 | XBox games - 19 |
| 158 | 78 | Motorola baby monitor |
| 162 | 78 | Water fall Pump |
| 172 | 79 | Fozen LEGO Set |
| 182 | 79 | Connect Scale Digital Scale & App |
| 181 | 79 | Taco 2 Way Zone Valve -2 |
| 180 | 79 | I Sound Alarm Clock |
| 179 | 79 | LP Mini Everything Rack  2 Total |
| 178 | 79 | Yousee Wireless Controller Charger for PS4 |
| 177 | 79 | Phillips Shape Light |
| 176 | 79 | Bass Jaxx Dancing Water Speaker |
| 173 | 79 | Petite Press Mini Iron - 2 |
| 171 | 79 | 12 K & N Air Filter |
| 175 | 79 | Double Drop Trail Camer Kit 2- Total |

| | | |
|---|---|---|
| 183 | 80 | Ryobi myter saw |
| 1 | 80 | Two Le Creuset Cookware |
| 184 | 81 | Ryobi power washer |
| 185 | 82 | DYSON SLIMBALL |
| 186 | 83 | CHEFMAN SLOW COOKER |
| 187 | 84 | CRAFTMAN HEDGE TRIMMER |
| 188 | 85 | cALPHALON SIGNATURE ANTIADHESIF |
| 189 | 86 | (2) kOHLER FAUCET |
| 191 | 86 | NOTFIT ALERT DOOR BELL(2) |
| 192 | 86 | OHLITE CLAMP |
| 193 | 86 | HEXBUG V3X |
| 194 | 87 | BROAN HOOD |
| 195 | 88 | KENMORE TOASTER OVEN |
| 196 | 89 | WATER COOLER AVANTI |
| 197 | 90 | AIR CONDITIONER |
| 198 | 91 | QUARTZ HEATER |
| 205 | 92 | PRECISION LEVELS 2 |
| 201 | 92 | ASSORTED BLADES & TOOLS (21) |
| 200 | 92 | FIT BIT (6) |
| 202 | 92 | PAINT HEATER SANDERS |
| 203 | 92 | GRAY PREMATIC SOCKET SET |
| 204 | 92 | PRO BODY BALL |
| 199 | 92 | STAINLESS SLOTTED LADDLE 60 TOTAL |
| 206 | 92 | BODUM ELECTRIC MILK FROTHER |
| 207 | 93 | Bear bow |
| ~~208~~ | ~~94~~ | ~~Aircast supports~~ |
| 209 | 95 | Keurig coffee maker |
| 215 | 96 | Various RAC x233 IV Switch tips - 233 |
| 210 | 96 | Kwikset Electronic Deadbolt |
| 211 | 96 | Sony Headphones |
| 212 | 96 | Electric breast pump |
| 213 | 96 | Schlage Doorknob |
| 214 | 96 | Assorted DVDs - 63 |
| 216 | 97 | Chandelier |
| 218 | 98 | Guide Series scope |
| ~~217~~ | ~~98~~ | ~~Baseball gloves - 16~~ |
| 226 | 99 | Guitar strings - 15 |
| 234 | 99 | DJI Intelligent Battery |

| | | |
|---|---|---|
| 233 | 99 | Assorted card games - 3 |
| 232 | 99 | Miniature guitars |
| 229 | 99 | Mouth guards - 2 |
| 230 | 99 | 3 Plus Heart Rate Monitor |
| ~~228~~ | ~~99~~ | ~~Shockdoctor wrist supports - 3~~ |
| 227 | 99 | Card games - 3 |
| 219 | 99 | Headlight bulbs - 17 |
| 224 | 99 | Aqueon fish tank heaters - 7 |
| 223 | 99 | Otterbox cell phone cases - 3 |
| 225 | 99 | Wraps wristband headphones - 6 |
| 222 | 99 | Stereo cables - 4 |
| 221 | 99 | Circuit breakers - 19 |
| 220 | 99 | Sperry Wire Trackers - 3 |
| 231 | 99 | Kershaw knife |
| 235 | 100 | Feiss Lamps - 4 |
| 242 | 101 | Stanley Recharger |
| 243 | 101 | Dewalt Lithium Battery |
| 244 | 101 | Portable webcam |
| 246 | 101 | Sew fabric sheets - 2 |
| 239 | 101 | Woozik Wireless Speakers |
| 247 | 101 | Paint sets - 10 |
| 245 | 101 | Needlepoint kits - 15 |
| 240 | 101 | Jasco Red Dot Riflescope |
| 238 | 101 | Frontline Plus for Dogs - 3 |
| 237 | 101 | Motorola  Baby Monitor |
| 236 | 101 | Audio Books - 18 |
| 241 | 101 | Applicator & remover set |
| 248 | 102 | Care kits |
| 261 | 103 | Wonder cups |
| 262 | 103 | Miroir micro projector |
| 263 | 103 | Crate creature |
| 252 | 103 | Laser Square |
| 260 | 103 | Mini iron |
| 259 | 103 | Bevel body hair trimmer |
| 258 | 103 | Cake tool set |
| 257 | 103 | Spray tips - 3 |
| 256 | 103 | Revel woodcarving set |
| 253 | 103 | Alesis Mixer |

| | | |
|---|---|---|
| 251 | 103 | Carhart Gloves - 2 pair |
| 250 | 103 | Icon ratchet wrench sets - 3 |
| 249 | 103 | Blood pressure monitor |
| 254 | 103 | Bird & Cronin Medical Products |
| 255 | 103 | Voltmeters - 2 |
| 264 | 104 | Titleist golf driver |
| 265 | 105 | Saw blades - 42 |
| 275 | 105 | Honeywell Wifi Thermostat |
| 274 | 105 | Light bulbs - 4 |
| 273 | 105 | Lutron sensor - 2 |
| 272 | 105 | Leviton Motion Sensor - 2 |
| 271 | 105 | Pictar camera adapter |
| 270 | 105 | Clearstream TV Adapter |
| 269 | 105 | Misc Tools - 2 |
| ~~268~~ | ~~105~~ | ~~Plumbing Fittings - 15~~ |
| 266 | 105 | Pliers - 19 |
| 267 | 105 | Square Packs - 4 |
| 278 | 106 | 12 volt battery doctor |
| 281 | 106 | 8 vihecle lights |
| 282 | 106 | warrior router bit (3) |
| 283 | 106 | Mikasa (2) |
| 279 | 106 | Kicker speaker |
| 276 | 106 | Ottlite - 5 |
| 280 | 106 | Printer cartridges - 7 |
| 277 | 106 | Kwikset lock |
| 284 | 107 | Dewalt cordless Rod Cutter |
| 285 | 107 | Egyptian cotton sheet set |
| 286 | 107 | Thermostat |
| 287 | 107 | Emergency light |
| 288 | 107 | LED Light |
| 289 | 107 | Toy |
| 290 | 108 | Air filters - 4 |
| 295 | 108 | Braun light - 2 |
| 294 | 108 | Triplever brass drain |
| 293 | 108 | Portable scale |
| ~~291~~ | ~~108~~ | ~~True Coat Sprayer~~ |
| 292 | 108 | Britta Water Filters - 10 |
| 303 | 109 | VTech Digital Cordless Answering Machine - 2 |

| 312 | 109 | Dewalt orbit sander |
| 313 | 109 | Diehard Smart Charger |
| 314 | 109 | Echo Battery |
| 311 | 109 | Zagg Wireless Keyboard |
| 310 | 109 | Doorbell Ringer |
| 309 | 109 | Scissors |
| 308 | 109 | Dewalt 20 watt lithium ion battery |
| 307 | 109 | Outlet |
| 306 | 109 | 7/8" hole cutter |
| 315 | 109 | Milwaukee 18 Lithium Battery |
| 302 | 109 | Dog leash |
| 301 | 109 | Hercules angle grinder |
| 300 | 109 | Kohler dispenser |
| 299 | 109 | Kohler faucet |
| 298 | 109 | Refrigerator filter |
| 297 | 109 | Battery charger |
| 296 | 109 | Water pumps - 3 |
| ~~305~~ | ~~109~~ | ~~Chamberlain garage door opener~~ |
| 304 | 109 | Jump starter |
| 316 | 110 | Bosch Level Laser |
| 322 | 110 | Feiss Light |
| 321 | 110 | HDTV Antenna |
| 320 | 110 | Hot water dispenser |
| 319 | 110 | Wireless door bell |
| 318 | 110 | Electric stapler |
| 317 | 110 | Yale Lock |
| ~~323~~ | ~~111~~ | ~~Thunder pizza screen~~ |
| ~~324~~ | ~~111~~ | ~~Laminator~~ |
| 325 | 111 | Swan Security System |
| 326 | 111 | Laserjet cartridge |
| 327 | 111 | Anuil Bolt Cutter |
| 329 | 112 | Pro Series Buffer |
| 330 | 112 | Procare knee splints - 3 |
| 333 | 112 | Cutters - 6 |
| 331 | 112 | Delta Silverton Faucet |
| 332 | 112 | PNY Flash Card |
| 328 | 112 | Lexmark printer cartridge |
| 343 | 113 | Dyme shipping labels - 2 |

| | | |
|---|---|---|
| 348 | 113 | Dewalt staple gun |
| 347 | 113 | Milwaukee saws - 2 |
| 346 | 113 | Cambridge silverware set |
| 345 | 113 | Circuit tool set - 2 |
| 344 | 113 | Phillips light bulbs - 9 |
| 342 | 113 | Wireless router |
| 341 | 113 | Dewalt impact driver kit |
| 340 | 113 | Campbell Hausfeld wrench |
| 338 | 113 | Abu Garcia fishing reel |
| 337 | 113 | Clarinette Basse - 2 |
| 336 | 113 | Bluetooth buds - 4 |
| 335 | 113 | Calphalon cutlery - 2 |
| 334 | 113 | Sentry Calming Defuser - 3 |
| 339 | 113 | Soft grips dog leash - 4 |
| 352 | 120 | Misc Electronics |
| 349 | 120 | Dewalt drill kits |
| 350 | 120 | Printer cartridges - 29 |
| 351 | 120 | Vehicle strobe lights - 7 |
| 358 | 128 | Halo dimmer switches - 5 |
| 365 | 128 | Flonase - 8 |
| 359 | 128 | Scissors - 6 |
| 364 | 128 | Mucinex - 5 |
| 361 | 128 | Assorted makeup boxes - 11 |
| 362 | 128 | Assorted vitamins and pills - 15 |
| 357 | 128 | Various saw blades |
| 363 | 128 | Assorted makeup boxes - 15 |
| 360 | 128 | Gerber knife |
| 355 | 128 | Luminara candles - 3 |
| 353 | 128 | Olfa rotary cutters - 20 |
| 356 | 128 | Crossbow Warhead |
| 354 | 128 | Slider wallets - 3 |
| 366 | 151 | Fan control |
| 367 | 151 | Bushnell Scope |
| 381 | 158 | Fuji Mini Camera - 3 |
| 380 | 158 | Bern Eastwood Goggles |
| 375 | 158 | Star Wars Droid Robot |
| 382 | 158 | Nest Hello |
| 372 | 158 | Rosetta Stone Spanish |

| 378 | 158 | Cloud Island 4 pk burp cloths |
| 383 | 158 | Nest Thermostat - 2 |
| 376 | 158 | Phillips All in One Trimmer |
| 384 | 158 | Hair iron |
| 374 | 158 | Andis Trimmer |
| 373 | 158 | Dewalt tape measure |
| 379 | 158 | Play N Trace |
| 377 | 158 | Bunker Hill RF Detector |
| 370 | 158 | Allergy pills |
| 371 | 158 | Vagasil contraceptives - 2 |
| 368 | 158 | Andis Nail Grinders - 3 |
| 369 | 158 | Vicks Thermostat |
| 385 | 161 | Startex Sconces - 4 |
| 387 | 161 | Loops & Thread Sewing Machine |
| 386 | 161 | Freight Owl Security System |
| 388 | 162 | Delta In2ition shower head |
| 389 | 163 | Madela Breast Pump |
| 390 | 164 | Moen Faucet |
| 391 | 165 | Delta Faucet |
| 392 | 166 | Kohler faucet |
| 393 | 167 | Sharkbite Radiant Heating Manifold |
| 394 | 169 | Nicorette Gum - 45 |
| 412 | 194 | Rock solid garage floor coating - 25 |
| 413 | 195 | Rock Solid Garage Floor Coating |
| 414 | 196 | Rock Solid Garage Floor Coating |
| 415 | 197 | Rock Solid Garage Floor Coating |
| 416 | 198 | Rock Solid Garage Floor Coating |

**Key Word**
**NIB-E**

| Control No. | Evidence Box | Description |
| --- | --- | --- |
| 29 | 24 | LG 55" TV |
| 31 | 26 | Sceptre 32" Tv |
| 33 | 28 | Swagtron Electric life Swageboard Hero |
| 34 | 29 | Fender Speaker |
| 35 | 30 | LG 43" TV |

| 57  | 52 | Highroller Hoverboard             |
|-----|----|-----------------------------------|
| 64  | 59 | Air Purifier                      |
| 166 | 78 | Targus 4-1 Keyboard               |
| 174 | 79 | Project Nursery Bluetooth Speaker |
| 190 | 86 | AMAZON BASICS 7PORT USB HUB       |

# Exhibit A, Part 3 of 3

## Inventory Listing of All Items Seized by Key Word at Search Warrant Site

**Site Name:**
1440Dewey Ave.
Rochester, NY 14614
Rochester Pawn & Gold
Site 2

**Report Date:**
Friday, January 29, 2021

| Control No. | Evidence Box | Description |
|---|---|---|
| 2001 | 114 | pANASONIC PRINT AND SCAN SCREEN |
| 2002 | 115 | HOT DOG ROLLER |
| 2003 | 116 | STARTEX LAMP BODY |
| 2004 | 117 | INNOVERA IMAGING SUPPLY |
| 2005 | 118 | BISSEL VACUUM |
| 2006 | 119 | CHAMBERLAIN GARAGE DOOR OPENER |
| 2007 | 121 | DELL INKJET PRINTER |
| 2008 | 122 | KITCHEN AID MIXER |
| 2009 | 123 | LEXMARK PRINT SYSTEM |
| 2010 | 124 | POWER WASHER |
| 2017 | 125 | CROSLEY C200 2SPEED |
| 2011 | 126 | KOBALT 40VLEAF BLOWER |
| 2012 | 127 | EVERSTART JUMP STARTER |
| 2013 | 129 | WELDING SET |
| 2014 | 130 | SMART POOL ALARM |
| 2015 | 131 | 7 - TONER CARTRIGES |
| 2016 | 132 | KOBALT LAWN MOWER |
| 2018 | 133 | COMMERCIAL ELECTRIC FLAT PANEL |
| 2019 | 134 | MOEN FAUCET |
| 2020 | 135 | DIHUMIDIFIER |
| 2021 | 136 | ZOELLER SEWAGE PUMP |
| 2022 | 137 | DELTA LELANDND FAUCET |
| 2023 | 138 | QUOIZEL LAMP BASE |
| 2024 | 139 | 3-ACCESS LIGHTING LAMPS |
| 2025 | 140 | BUDGET SALAD BOWLS |
| 2026 | 141 | 2- SARTEX LAMPS |

| | | |
|---|---|---|
| 2027 | 142 | 3-STARTEX LAMPS |
| 2028 | 143 | BATTERY CHARGER |
| 2029 | 144 | SONTERRA FAUCET |
| 2030 | 145 | DELTA LELAND FAUCET |
| 2031 | 146 | DEHUMIDIFIER |
| 2032 | 147 | COOLER |
| 2033 | 148 | POWER PRESURE COOKER xl |
| 2034 | 149 | ASSORTED BRACES |
| 2035 | 150 | ASSORTED INK CARTRIDGES |
| 2036 | 152 | PLASTIC STORAGE CONTAINERS |
| 2037 | 153 | FIGURES/ COLLECTABLES |
| 2038 | 154 | BLUE TOOTH SPEAKERS |
| 2039 | 155 | SMOKER |
| 2040 | 156 | DREAM SERENITY MATTRESS TOPPER |
| 2045 | 157 | 3-VEX ROBOTIC KIT |
| 2044 | 157 | GENIE DIAPER REFILL |
| 2043 | 157 | 2- CERAMIC HAIR STYLER |
| 2041 | 157 | ASSORTED LIGHTS |
| 2042 | 157 | SAW BLADES |
| 2046 | 159 | SUBLEMENTS |
| 2052 | 160 | NEVER HAVE I EVER CARD GAME |
| 2055 | 160 | ASSORTED TOOLS |
| 2054 | 160 | IRWIN SAW BLADE |
| 2053 | 160 | 2- JJCOLE REVERSABLE TRAP COVERS |
| 2051 | 160 | SHIT HAPPENS GAME |
| 2050 | 160 | K9 ADVANTIX II |
| 2049 | 160 | 5- EXPLODING KITTENS CARD GAME |
| 2047 | 160 | MILWALKI RECHARGABLE FLASH LIGHT |
| 2048 | 160 | GERBER WASH CLOTHES |
| 2056 | 168 | ASSORTED TOOLS |
| 2057 | 170 | FRYING PANS |
| 2058 | 170 | ASSORTED HOUSWAERS |
| 2059 | 183 | ASSORTED HOSE WARE |
| 2060 | 184 | 4-LED CABINET LIGHTS |
| 2061 | 192 | MISC |
| 2062 | 193 | MISC |